UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                        CASE NO:    22-47859-MLO
**ANDREW CLINTON DAVIS**             CHAPTER:    7
                                                 JUDGE:       OXHOLM

_____Debtor(s)_____ /

**ANDREW CLINTON DAVIS**

         Plaintiff

v.                                                   Adv Proc. No.

**HILLSDALE COLLEGE**

         _____Defendant_____ /

### COMPLAINT SEEKING DISCHARGE OF NON-PRIORITY UNSECURED DEBT

**NOW COMES** Andrew Clinton Davis, by and through his attorneys, Frego & Associates- The Bankruptcy Law Office, and states:

1. Debtor/Plaintiff filed his Chapter 7 Bankruptcy on October 7th, 2022.

2. Defendant Hillsdale College is a scheduled creditor in this matter.

3. Pursuant to Schedule F, Plaintiff scheduled a debt to Hillsdale College in the approximate amount of sixteen-thousand, nine-hundred and eighty two 0/100 dollars ($16,982.00).

4. Plaintiff's obligation(s) to Defendant is neither a priority debt pursuant to 11 U.S.C. §507, *et seq.*, nor non-dischargeable pursuant to 11 U.S.C. §523(a), *et. Seq.*, and therefore, dischargeable pursuant to 11 U.S.C. §727(a), *et. Seq.*

5. That Plaintiff now seeks discharge of said general unsecured obligation(s) as outlined *herein.*

6. Plaintiff alleges this deb is not the result of any debt contemplated in 11 U.S.C. §523(a)8;
   *an educational benefit overpayment or loan made, insured, or guaranteed by a governmental unit, or made under any program funded in whole or in part by a governmental unit or nonprofit institution; or*

*(ii)*
*an obligation to repay funds received as an educational benefit, scholarship, or stipend; or*
***(B)***
*any other educational loan that is a qualified education loan, as defined in section 221(d)(1) of the [Internal Revenue Code of 1986](), incurred by a debtor who is an individual;*

7. This is a core proceeding pursuant to Fed. R. Bankr. P. 7001(6), and 4007.

**WHEREFORE** Plaintiff prays this Honorable Court determine any liability owing by Plaintiff / Debtor to Hillsdale College for tuition is a general unsecured and dischargeable debt(s); and b) for what further relief this Court deems equitable and just.

Respectfully submitted,

/s/ David S. Wilkinson
David S. Wilkinson (P65130)
Frego & Associates- The Bankruptcy Law Office
Attorneys for Plaintiff
23843 Joy Road
Dearborn Heights, MI 48127
(313) 724-5088
davidswilkinson@fregolaw.com

Dated January 9th, 2023

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  CASE NO: 22-47859-MLO
ANDREW CLINTON DAVIS  CHAPTER: 7
 JUDGE: OXHOLM

      **Debtor(s)**    /

**ANDREW CLINTON DAVIS**

      Plaintiff

v.  Adv Proc. No.

**HILLSDALE COLLEGE**

      **Defendant**    /

## ORDER DETERMINING DEBT DISCHARGEABLE

    This matter having come before the Court upon the filing of the Plaintiffs' Complaint to and due notice having been thus given, a Stipulation having been filed or a Entry of a Default Judgment having occurred, and the Court being otherwise fully advised in the premises;

    **IT IS ORDERED IT IS ORDERED** that Plaintiff's obligation owing to Defendant, Hillsdale College, in the amount of not less than $16,982.00, is hereby deemed a dischargeable obligation under 11 U.S.C. §727(a).