UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:

    Chapter 7

ANDREW CLINTON DAVIS     Case Number 22-47859-MLO

    Honorable Maria L. Oxholm

    Debtor

_____/

ANDREW CLINTON DAVIS

    Plaintiff

v.     Adversary Proceeding No. 23-04018-MLO

HILLSDALE COLLEGE

    Defendant.

_____/

## STIPULATED ORDER DISMISSING COMPLAINT SEEKING DISCHARGE OF NON-PRIORITY UNSECURED DEBT

This matter is before the Court on the stipulation of Plaintiff, Andrew Clinton Davis, and Defendant, Hillsdale College, to dismiss the Complaint Seeking Discharge of Non-priority Unsecured Debtor, and the Court being advised in the premises:

IT IS ORDERED that Plaintiff's Complaint Seeking Discharge of Non-Priority Unsecured Debt filed in this adversary proceeding shall be dismissed with prejudice and without costs to either party.

IT IS FURTHER ORDERED that this Order resolves all pending claims and closes this adversary proceeding.

**Signed on March 9, 2023**



/s/ Maria L. Oxholm
Maria L. Oxholm
**United States Bankruptcy Judge**